**United States District Court**
For the Northern District of California

1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6   TAYLOR RUSSELL,                          Case No.  C09-03239 WHA (JCS)

7              Plaintiff(s),
                                             **ORDER TO SUBMIT SETTLEMENT**
8        v.                                  **CONFERENCE STATEMENTS IN .PDF**
                                             **FORMAT**
9   UNITED STATES OF AMERICA,

10             Defendant(s).
    _____/

11

12        IT IS HEREBY ORDERED that in addition to the submission of paper copy of settlement

13   conference statements to chambers, each party shall submit their confidential settlement conference

14   statements in .pdf format and email their statement to **JCSPO@cand.uscourts.gov**.

15        All other provisions of this Court's original Notice and Settlement Conference Order remain

16   in effect.

17

18   Dated:  February 8, 2010

19                                           _____

20                                           JOSEPH C. SPERO
                                             United States Magistrate Judge
21

22

23

24

25

26

27

28