IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAYLOR RUSSELL, on behalf of himself
and all others similarly situated,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 09-03239 WHA

**ORDER SHORTENING TIME ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

In this purported class action, plaintiff Taylor Russell on behalf of a proposed class of soldiers and veterans seeks to recover certain interest charges assessed on credit cards issued by the Army and Air Force Exchange Service. Defendant United States has proposed to refund the interest charges at issue to 33,902 soldiers and veterans (including plaintiff) and dismiss the matter as moot. Plaintiff moves for a preliminary injunction to enjoin defendant from doing so except under Court supervision so that the proposed class may be required to pay a portion of their refunds to plaintiff's counsel in the form of attorney's fees. Plaintiff also moves to shorten time on his motion for a preliminary injunction so that it may be heard before defendant begins issuing refunds to soldiers and veterans.

The motion to shorten time is **GRANTED**. Defendant's opposition to plaintiff's motion for a preliminary injunction shall be filed on or before **NOON ON FEBRUARY 23, 2010.** Plaintiff's

reply shall be filed on or before **NOON ON FEBRUARY 25, 2010.**  The hearing on the motion for preliminary injunction shall be held on **MARCH 4, 2010, AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: February 19, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE