**United States District Court**

For the Northern District of California

1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT

7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   TAYLOR RUSSELL, on behalf of himself              No. C 09-03239 WHA
     and all others similarly situated,
11
12         Plaintiffs,
                                                       **ORDER REGARDING DELAYED**
13     v.                                              **START TIME OF HEARING**

14   UNITED STATES OF AMERICA,

15         Defendant.
                                                   /
16

17         Please be advised that the hearing scheduled for 3:00 p.m. today, Wednesday, March 24,

18   2010, **WILL START AT 3:30 P.M.** at the earliest.

19

20         **IT IS SO ORDERED.**

21

22   Dated:  March 24, 2010.                      _____
                                                   WILLIAM ALSUP
23                                                 UNITED STATES DISTRICT JUDGE

24
25
26
27
28