United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR RUSSELL, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br>_____ / | No. C 09-03239 WHA<br><br>**ORDER DENYING TEMPORARY RESTRAINING ORDER AND SHORTENING TIME FOR HEARING ON MOTIONS FOR PRELIMINARY INJUNCTION, INTERVENTION, AND CLASS CERTIFICATION** |

　　　　Before the Court would grant the injunctive relief that is sought in plaintiff's application for a temporary restraining order, the Court would certainly want to give both sides an opportunity to be heard. Therefore, the request for a temporary restraining order is **DENIED WITHOUT PREJUDICE** to plaintiff's motion for a preliminary injunction seeking the same relief. This would give defendant a fair opportunity to be heard. The Court is now in trial on a different matter and cannot hear plaintiff's motions for preliminary injunction, intervention and class certification until **WEDNESDAY, APRIL 14, 2010, AT 8:00 A.M.** The government's oppositions to these motions shall be due no later than **WEDNESDAY, APRIL 7, 2010, AT NOON**.

　　　　**IT IS SO ORDERED.**

Dated: April 2, 2010.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE