United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR RUSSELL, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br>　————————————————— / | No. C 09-3239 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order denying plaintiff's motions to intervene, to transfer venue, and to certify a class, **JUDGMENT IS ENTERED** in favor of defendant and against plaintiff. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 21, 2010.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE