United States District Court
For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
TAYLOR RUSSELL, on behalf of himself            No. C 09-03239 WHA
11
and all others similarly situated,
12          Plaintiff,
                                                **ORDER REQUESTING**
13    v.                                        **INFORMATION**

14  UNITED STATES OF AMERICA,
15          Defendant.
                                          /
16
17          For the January 17 hearing, the parties should be prepared to provide and discuss data
18  regarding the number of undeliverable notices and settlement checks in the *Briggs* action (No.
19  07-5760).
20
21          **IT IS SO ORDERED.**
22
23  Dated:   January 16, 2013.

                                        WILLIAM ALSUP
24                                      UNITED STATES DISTRICT JUDGE
25
26
27
28