IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAYLOR RUSSELL, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 09-03239 WHA

**ORDER REQUESTING INFORMATION**

For the January 17 hearing, the parties should be prepared to provide and discuss data regarding the number of undeliverable notices and settlement checks in the *Briggs* action (No. 07-5760).

**IT IS SO ORDERED.**

Dated: January 16, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE