IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR RUSSELL, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | No. C 09-03239 WHA<br><br>**ORDER SETTING DATE FOR FAIRNESS HEARING** |

In the interest of judicial efficiency, the fairness hearing in this action will be **RESCHEDULED** to **AUGUST 1, 2013 AT 3:00 P.M.** The parties shall modify the settlement website so that it prominently displays the new hearing date.

**IT IS SO ORDERED.**

Dated: June 11, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE