IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAYLOR RUSSELL, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 09-03239 WHA

**ORDER REQUESTING SUPPLEMENTAL INFORMATION**

In preparation of the final fairness hearing scheduled for August 1, 2013, class counsel is requested to submit a statement of any objections that were filed or received to the proposed settlement agreement. Counsel shall make the required submission by **NOON** on **JULY 25, 2013**.

**IT IS SO ORDERED.**

Dated: July 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE