IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR RUSSELL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____ / | No. C 09-03239 WHA<br><br>**ORDER REQUESTING SUPPLEMENTAL INFORMATION** |

In preparation of the final fairness hearing scheduled for August 1, 2013, class counsel is requested to submit a statement of any objections that were filed or received to the proposed settlement agreement. Counsel shall make the required submission by **NOON** on **JULY 25, 2013**.

**IT IS SO ORDERED.**

Dated: July 22, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE