IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR RUSSELL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 09-03239 WHA<br><br>**REQUEST RE POSSIBLY RELATED ACTION** |

The government is requested to provide the Court with its position regarding whether *Re v. United States*, No. 13-3518, should be related to this action by **OCTOBER 17 AT NOON**.

**IT IS SO ORDERED.**

Dated: October 3, 2013.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE