UNITED STATES DEPARTMENT OF JUSTICE
Ruth A. Harvey
Director
Michael J. Quinn (D.C. Bar No. 401376)
Senior Litigation Counsel
Alicia M. Hunt (D.C. Bar No. 484620)
Trial Attorney
Commercial Litigation Branch
Civil Division
P.O. Box 875, Ben Franklin Station
Washington, D.C.  20044-0875
Telephone: (202) 307-3548
Facsimile: (202) 514-9163
alicia.m.hunt@usdoj.gov
michael.quinn3@usdoj.gov

Attorneys for Defendant


LAW OFFICES OF S. CHANDLER VISHER
S. Chandler Visher (California State Bar No. 52957)
44 Montgomery Street, Suite 3830
San Francisco, California 94104
Telephone: (415) 901-0500; Facsimile: (415) 901-0504
chandler@visherlaw.com

Attorney for Plaintiff Taylor Russell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAYLOR RUSSELL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C 09-03239-WHA<br><br>**STIPULATED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO FILE CLASS CHECKS LIST UNDER PARTIAL SEAL AS REQUIRED BY COURT (DKT. NO. 226)** |

1  The parties, through their respective counsel, stipulate to request an order to file under
2  seal a list with the identifying information associated with class members eligible for settlement
3  checks as required by this Court.
4  WHEREAS, in the Order Granting Final Approval of Class Action Settlement Agreement
5  and Awarding Attorney's Fees and Expenses, the Court ordered that: "Counsel shall file on the
6  public docket a final list of the names of the class members bound by the settlement, and shall
7  file under seal a list of their names and identifying information. The list shall indicate which
8  checks remained uncashed or were returned." Dkt. No. 226, at 5.
9  WHEREAS the Class Administrator Kurtzman Carson Consultants (KCC), under
10 supervision of Class Counsel, compiled a class checks list reflecting the names and identifying
11 information of class members eligible for settlement checks, and whether the class member had
12 cashed the settlement check (Class Checks List). The Class Checks List contains a Claim ID
13 number that KCC used for each authorized settlement check, the class member's name, and the
14 amount of the settlement check. The Army and Air Force Exchange Service (Exchange or
15 AAFES) also provided KCC with a list of settlement checks it subsequently issued to unpaid
16 class members that cleared, and KCC incorporated AAFES' cashed check data into the list. In
17 the "Status" column, "C" means the check was cashed and "U" means it was not cashed or was
18 not issued because no valid address could be found for the class member. The "SS#" column
19 contains the class member's social security number.
20 WHEREAS, as required by Local Rule 79-5(d)(1)(A), attached as Exhibit 1 is a
21 declaration of Alicia M. Hunt establishing that the identifying information on the Class Checks
22 List created by KCC is sealable.
23 WHEREAS, as required by Local Rule 79-5(d)(1)(C), attached as Exhibit 2 is a redacted
24 version of the Class Checks List, which is a list of the names of the class members eligible for
25 settlement checks with identifying information redacted. The exhibit is labeled "Redacted
26 Version of Document Sought To Be Sealed." The redacted version of the Class Checks List was
27 also filed as Exhibit A to the Final Report.
28

1   WHEREAS, as required by Local Rule 79-5(d)(1)(D), attached as Exhibit 3 is the
2   unredacted version of the document. The identifying information to be sealed is the Social
3   Security number information listed in the column marked "SS #", and the exhibit reflects the
4   notation that it is an "Unredacted Version of Document Sought To Be Sealed."
5   IT IS SO STIPULATED.

8   Dated:   August 1, 2016                    Respectfully submitted,

9                                              BENJAMIN C. MIZER
10                                             Principal Deputy Assistant Attorney General

11                                             RUTH A. HARVEY
                                               Director
12

13                                             /s/ Alicia M. Hunt
                                               ─────────────────────────
14                                             ALICIA M. HUNT
15                                             (D.C. Bar. No. 484620)
                                               Trial Attorney
16                                             MICHAEL J. QUINN
                                               (D.C. Bar No. 401376)
17                                             Senior Litigation Counsel
                                               Commercial Litigation Branch
18                                             Civil Division
19                                             P.O. Box 875
                                               Ben Franklin Station
20                                             Washington, D.C.  20044-0875
21                                             Telephone: (202) 307-3548
                                               Facsimile: (202) 514-9163
22
                                               Attorneys for Defendant
23

24  **I, Alicia M. Hunt, hereby attest that I have received approval to file this document from
25  the other signatories whose signatures are indicated below by a "conformed" signature
    (/s/).**
26

27  Dated:   August 1, 2016                    Respectfully submitted,
28

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

S. CHANDLER VISHER
LAW OFFICES OF S. CHANDLER VISHER


By:              /s/
    _____

S. Chandler Visher
Attorney for Plaintiff Taylor Russell

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the foregoing stipulation of the parties, and good cause appearing therefore, |
| 3 | IT IS HEREBY ORDERED that Social Security numbers on Exhibit 3 to this Stipulated |
| 4 | Administrative Motion is filed under seal to protect the identifying information of class |
| 5 | members. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_August 5, 2016._
Date

William H. Alsup
United States District Judge

CERTIFICATE OF SERVICE

    I hereby certify that, on August 1, 2016, the foregoing was served by Electronic Case Filing.

/s/ Alicia M. Hunt